ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel:     (702) 948-8565
Fax:     (702) 446-9898
swade@zbslaw.com
Attorneys for Plaintiff Deutsche Bank National Trust Company as Trustee for Home Equity
Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan Asset-
Backed Certificates, Series INABS 2005-B

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR HOME
EQUITY MORTGAGE LOAN ASSET-
BACKED TRUST, SERIES INABS 2005-B,
HOME EQUITY MORTGAGE LOAN ASSET-
BACKED CERTIFICATES, SERIES INABS
2005-B, a National Bank,

      Plaintiff,

   vs.

VEGAS     GREEN     TOWNHOUSES
HOMEOWNERS ASSOCIATION, a Nevada
non-profit   corporation;   NEVADA   NEW
BUILDS, LLC, a Nevada limited liability
company,

    Defendants

**CASE NO.: 2:17-CV-02004-JCM-VCF**

**DEFAULT JUDGMENT**

     Deutsche Bank National Trust Company as Trustee for Home Equity Mortgage Loan

Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan Asset-Backed

Certificates, Series INABS 2005-B ("Plaintiff"), having submitted a Motion for Entry of

Default Judgment for declaratory relief, seeking an Order declaring its Deed of Trust remains a

valid and enforceable lien on title; Default of Defendants VEGAS GREEN TOWNHOUSES

HOMEOWNERS ASSOCIATION AND NEVADA NEW BUILDS, LLC having been entered

for failure to answer or otherwise defend as to the Complaint of Plaintiff, and it appearing that

said Defendants are not a natural person, and thus not in the military service of the United

States and not infants or incompetent persons, and good cause appearing therefore, the Court **HEREBY ADJUDGES, ORDERS, AND DECREES** as follows:

1. Default judgment shall be entered in favor of Plaintiff and against Defendants.

2. That certain Deed of Trust, which recorded as instrument number 20050505-0001106 (the "Deed of Trust") in the Official Records of the Clark County Recorder's Office (the "Official Records") on May 5, 2005 on title to real property known as 4312 Maneilly Drive, Las Vegas, Nevada 89110; APN 140-30-520-047 (hereinafter "Property") remains a valid and enforceable lien on title to the Property.

3. Plaintiff may proceed with foreclosure of its Deed of Trust pursuant to Nevada law.

4. This judgment may be recorded in the Official Records to provide constructive notice to any and all parties of Plaintiff's secured interest in the Property.


**IT IS SO ORDERED.**

DATED: June 19, 2018
_____

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:
ZIEVE, BRODNAX & STEELE, LLP


 /s/Shadd A. Wade, Esq.
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
swade@zbslaw.com
Telephone: (702) 948-8565 x606
*Attorneys for Plaintiff Deutsche Bank National Trust Company as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-B*